UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JORGE CEDENO,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondant.
-------------------------------------------------------------x

16 CV 5198 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2022

## ORDER

McMahon, J.:

The motion to vacate having been resolved in the criminal case (7:07-cr-387-9), see doc. #303.

The Clerk of Court is directed to close the case.

SO ORDERED:

_____
United States District Judge

Dated: October 6, 2022
New York, New York